**[Doess13p]** [District Order Granting Motion to Extend Time to File Schedules, Statements, or Chapter 13 Plan]

ORDERED.

**Dated: December 23, 2025**

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 6:25−bk−08066−GER
                                                                    Chapter 13

Julio Enrique Gonzalez
aka Julio Gonzalez
aka Julio E. Gonzalez
aka Julio E. Gonzalez Exclusa


_____Debtor*_____/

### ORDER GRANTING MOTION TO EXTEND TIME
### TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN

   THIS CASE came on for consideration, without hearing, of the Debtor's Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan (Document No. 12) (the "Motion"). After reviewing the Motion, it is

   **ORDERED:**

   1. The Motion is **GRANTED**.

   2. Debtor shall file all needed Schedules, Statements, and Chapter 13 Plan by *January 5, 2026*.

Mitchell Nowack is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.